| | |
|---|---|
| 1 | MARC E. MAYER (190969) |
|   | mem@msk.com |
| 2 | EMILY F. EVITT (261491) |
|   | efe@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 4 | Los Angeles, CA  90064-1683 |
|   | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |
| 6 | Attorneys for Plaintiff |
|   | Manwin Licensing International S.à.r.l. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., | CASE NO. CV13-5911 JAK(CWx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **[FED. R. CIV. P., RULE 41(a)(1)(A)(i)]** |
| DOES 1 through 10, d/b/a "hdtube8.com"; "tube81.biz"; "new-tube8.com"; "goldtube8.com"; "tube8now.com"; "tube8free.net"; "astube8.com"; "porntube8.net"; "8tube.me"; "xxxtube8.com"; "8porntubes.com"; "flixtube8.com"; "tube8japanese.com"; "videostube8.com"; "tube8.co"; "tube8.cm"; "tube8.net"; "tube8.de"; "tube8.es"; "tube8.it"; "tube8.co.uk"; "tube8.fr"; "tube8.pt"; "tube8.su"; | |
| Defendants. | |

1 | NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Manwin Licensing International S.à.r.l. voluntarily dismisses this action, in its entirety, without prejudice.

DATED:  March 14, 2014

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By:   /s/ Emily F. Evitt
Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

1
NOTICE OF VOLUNTARY DISMISSAL